# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 439 MAL 2023

         Respondent    :

         :    Petition for Allowance of Appeal
         :    from the Order of the Superior Court

         v.    :

STEVEN MICHAEL FRY,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.